**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SHERRIE LYNN WEIDNER, etc.,

        Plaintiff,

vs.                                          Case No. 3:02-cv-1114-J-32MCR

UNITED STATES OF AMERICA,

        Defendant.

## ORDER GRANTING PETITION FOR APPROVAL OF SETTLEMENT

This case is before the Court on plaintiff's Stipulated Petition to Approve Settlement. Doc. 24. As explained in the stipulation, the parties have tentatively agreed to settle all claims arising out of the death of Donald W. Weidner for a total sum of four million dollars, which sum will be divided among the beneficiaries of the Weidner estate, including the Weidner's sole minor child, Luke Weidner. Florida law requires that a minor's settlement be approved by the Court "having jurisdiction of the action" before any settlement is effective. Fla. Stat. §744.387(3)(a). See also, Comas v. Southern Bell Tel. and Tel. Co., 657 F.Supp. 117 (S.D. Fla. 1987). Pursuant to Fla. Stat. §768.25, the state Circuit Court ordered the appointment of a Guardian ad Litem to review and report on the terms of the settlement. See Doc. 24, Exhibit 1. The Guardian ad Litem, John J. Schickel, Esq., has now reviewed the proposed settlement and has authored a report opining that the proposed settlement would be in the best interest of the minor.[1] The Circuit Court has approved the report and

---

[1] Under Florida law, and by Order of the state Circuit Judge, this report must remain under seal. The undersigned has reviewed this report in camera. Because a sealed copy of this report is maintained by the state court, the undersigned is directing that the copy submitted by plaintiff be returned to her.

proposed settlement.  See Doc. 24, Exhibit 3.  The undersigned has now also reviewed the documents submitted and finds the settlement to be in the best interest of the minor child and approves it.

Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's Stipulated Petition to Approve Settlement (Doc. 24) is **GRANTED**.

2. The Guardian ad Litem, John J. Schickel, Esq., is authorized to execute the settlement documents on behalf of the minor, Luke Weidner.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of May, 2005.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.

Copies:

counsel of record